IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Elston, Kira | Case Number: 08 B 19669 |
|---|---|---|
| | Elston Jr, Richard | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 7/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 346.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 346.00 |
| Totals: | 346.00 | 346.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Midland Mortgage Company | Secured | 0.00 | 0.00 |
| 2. | Triad Financial Services | Secured | 4,176.00 | 0.00 |
| 3. | Midland Mortgage Company | Secured | 27,506.23 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 44.00 | 0.00 |
| 5. | Receivables Management Inc | Unsecured | 172.63 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 1,617.89 | 0.00 |
| 7. | Triad Financial Services | Unsecured | 19.54 | 0.00 |
| 8. | Foodliner | Unsecured | 1,013.11 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 410.92 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 28.40 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 274.86 | 0.00 |
| 12. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 13. | CB USA | Unsecured | | No Claim Filed |
| 14. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 15. | First Financial | Unsecured | | No Claim Filed |
| 16. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | STM Towing | Unsecured | | No Claim Filed |
| 19. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 20. | Paragon Way Inc | Unsecured | | No Claim Filed |
| | | | $ 35,263.58 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Elston, Kira  
Elston Jr, Richard  
Printed: 12/23/08

Case Number:  08 B 19669  
Judge:  Wedoff, Eugene R  
Filed:  7/30/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

